UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOMARI EARL ALEXANDER, SR.,<br>Plaintiff,<br><br>v.<br><br>HENNIPEN COUNTY MEDICAL CENTER; AUSTIN STABLE; JERMIAH STEELE; and MINNEAPOLIS POLICE DEPARTMENT,<br><br>Defendants. | Case No. 23-CV-3751 (PJS/DLM)<br><br>ORDER |

Jomari Earl Alexander, Sr., pro se.

Marissa K. Linden, HENNEPIN COUNTY ATTORNEY'S OFFICE, for defendants Hennepin County Medical Center and Jermiah Steele.

Heather Passe Robertson, MINNEAPOLIS CITY ATTORNEY'S OFFICE, for defendants Minneapolis Police Department and Austin Sable.

Plaintiff Jomari Alexander brought this § 1983 action against defendants after Alexander was injured during a medical intervention by MPD officers and HCMC EMS. The matter is before the Court on Alexander's objection to the January 27, 2025, Report and Recommendation ("R&R") of Magistrate Judge Douglas L. Micko.  Judge Micko recommends denying Alexander's motion to amend and dismissing the complaint with prejudice.  After conducting a de novo review, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b), the Court overrules the objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's objection [ECF No. 107] is OVERRULED.

2. The Report and Recommendation [ECF No. 106] is ADOPTED.

3. Plaintiff's motion to amend [ECF No. 58] is DENIED.

4. HCMC's and Steele's motion to dismiss [ECF No. 34] is GRANTED.

5. MPD's and Sable's motion for judgment on the pleadings [ECF No. 41] is GRANTED.

6. The complaint [ECF No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 6, 2025            s/Patrick J. Schiltz
                                   Patrick J. Schiltz, Chief Judge
                                   United States District Court